**Order**

PER CURIAM:

Abdi Qamaan appeals the denial of his Rule 29.15 motion for post-conviction relief, following an evidentiary hearing, in which Qamaan challenged his conviction for attempted deviate sexual assault, entered pursuant to section 566.070, on the basis that his trial counsel provided ineffective assistance in both advising him not to testify and preventing him from testifying at trial. But Qamaan's challenges are nothing more than a rehashing of the arguments made in his amended motion and a plea for the evidence to be viewed in the light most favorable to him. Because Qamaan's challenges are without merit, we affirm the denial of his motion for post-conviction relief. Rule 84.16(b).

Before Division Three: LISA WHITE HARDWICK, Presiding Judge, MARK D. PFEIFFER and CYNTHIA L. MARTIN, Judges.

**ORDER**

PER CURIAM.

Brian Wright appeals the judgment denying his Rule 29.15 motion, after he was convicted of sexual abuse and false imprisonment. Wright contends the motion court clearly erred in denying post-conviction relief because defense counsel was ineffective for failing to present evidence that would have aided his credibility and provided him with a viable defense. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the motion court's judgment.

AFFIRMED. Rule 84.16(b).

**Brian S. WRIGHT, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 75260.**

Missouri Court of Appeals,
Western District.

Sept. 24, 2013.

Laura G. Martin, Kansas City, MO, for appellant.

Mary H. Moore, Jefferson City, MO, for respondent.

**STATE of Missouri, Respondent,**

v.

**Samuel ANDERSON, Appellant.**

**No. WD 75393.**

Missouri Court of Appeals,
Western District.

Sept. 24, 2013.

Chris Koster, Attorney General, Karen L. Kramer, Assistant Attorney General, Jefferson City, MO, Attorneys for Respondent.